Daniel S. YOON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 429, 2017

Supreme Court of Delaware.

Submitted: October 31, 2017

Decided: November 6, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0711014208 (N)

DISMISSED.

Tanya LANDERS, Petitioner Below–Appellant,

v.

Kevin CANADY, Respondent Below–Appellee.

No. 331, 2017

Supreme Court of Delaware.

Submitted: November 6, 2017

Decided: November 6, 2017

Court Below—Family Court of the State of Delaware in and for New Castle County, File No. CN09–05415 Pet. Nos. 16–37773 and 16–38014

DISMISSED.

1. The Court assigned pseudonyms to the parties under Supreme Court Rule 7(d).

Henry HARFORD, Jr.,[1] Respondent Below, Appellant,

v.

Rachel GIBBONS and Jennifer Ecker, Petitioners/Respondents Below, Appellees.

No. 219, 2017

Supreme Court of Delaware.

Submitted: October 9, 2017

Decided: November 6, 2017

Court Below—Family Court of the State of Delaware, File No. CN15-02250, Pet. Nos. 15-0849, 15-24408

DISMISSED.